In the Matter of the Application of IRA G. DARRIN, as Receiver of the HOAGLAND & ROBINSON COMPANY, Appellant, for an Order Directing ISAAC A. HOPPER, Respondent, to Appear for Examination.

*Matter of Darrin,* 90 App. Div. 606, appeal dismissed.
(Argued October 4, 1904; decided October 18, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered Janu-

ary 20, 1904, which affirmed an order of Special Term denying an application for an order requiring the respondent herein to appear before a referee for examination concerning the disposition of certain property belonging to the Hoagland & Robinson Company.

*Howard A. Sperry* for appellant.

*Charles W. Dayton* and *Joseph E. Bullen* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ. Absent: GRAY, J.